# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Russell Snyder  
    Diane Snyder aka Diane Carol Snyder aka  
Diane C. Snyder  
        Debtor(s)

BK NO. 25-03304 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*  
Matthew Fissel  
21 Nov 2025, 15:08:41, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322