United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Russell Snyder

Diane Snyder

    Debtors

Case No. 25-03304-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke         Page 1 of 3

Date Rcvd: Feb 10, 2026       Form ID: ntcnfhrg        Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Russell Snyder, Diane Snyder, 246 Snowdrift Road, Andreas, PA 18211-3203 |
| 5759246 | | Capital One-Cabella's, Attn: Bankrupty Department, PO Box 120, Columbus, GA 31902-0120 |
| 5759244 | | Capital One_Cabelas, Attn: Bankrupty Department, PO Box 120, Columbus, GA 31902-0120 |
| 5759249 | + | CitiCards/CBNA-Bankruptcy, 400 White Clay Center Drive, Newark, DE 19711-5468 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5759240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:50 | AT&T Universal Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5759241 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:39 | AT&T Universal Card Cbna, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5759242 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 18:39:29 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5759243 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 18:39:24 | Capital One Bakruptcy Dept, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5759245 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 18:39:29 | Capital One-Cabela's, PO Box 71087, Charlotte, NC 28272-1087 |
| 5774280 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:20 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5759247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:20 | Citicards Cbna, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5759248 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:50 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5759251 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:20 | Exxnmobil/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5759250 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:50 | Exxnmobil/cbna, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5770912 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2026 18:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5772538 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2026 18:51:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5759253 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2026 18:39:24 | Lowe's SYNCB, PO Box 669807, Dallas, TX 75266-0759 |
| 5759252 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2026 18:39:35 | Lowe's SYNCB, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5759254 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | Feb 10 2026 18:39:24 | Lowe's/Syncb, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5759255 | Email/Text: camanagement@mtb.com | Feb 10 2026 18:35:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5759256 | Email/Text: camanagement@mtb.com | Feb 10 2026 18:35:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5776276 | + Email/Text: camanagement@mtb.com | Feb 10 2026 18:35:00 | M&T BANK, PO BOX 1508, Buffalo, NY 14240-1508 |
| 5759257 | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 10 2026 18:35:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5759258 | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 10 2026 18:35:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5772320 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 10 2026 18:35:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5759259 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 18:51:50 | Universal Card Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Erik Mark Helbing | on behalf of Debtor 1 Russell Snyder ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;ann@boweodorizzilaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com |
| Erik Mark Helbing | on behalf of Debtor 2 Diane Snyder ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;ann@boweodorizzilaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Russell Snyder,
aka Russell A. Snyder,

| | | |
|---|---|---|
| **Debtor 1** | Chapter | 13 |
| | Case No. | 5:25−bk−03304−MJC |

Diane Snyder,
aka Diane Carol Snyder, aka Diane C. Snyder,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2026 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 10, 2026 |

ntcnfhrg (08/21)